

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| EMPLOYEES RETIREMENT SYSTEM OF TEXAS, | § | No. 08-19-00084-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 41st District Court |
| v. | | |
| | § | of El Paso County, Texas |
| CLAUDIA GUTIERREZ, INDIVIDUALLY AND AS NEXT FRIEND OF L. F. G., A MINOR, | § | (TC# 2015DCV1608) |
| | § | |
| Appellee. | | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 21, 2019**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Chelsea Fullwood, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 21, 2019.

IT IS SO ORDERED this 10th day of October, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.